The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EVERGREEN INTERNATIONAL AIRLINES, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No. 2:10-cv-568<br><br>STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION |

TO: THE CLERK OF THE COURT

Plaintiff Evergreen International Airlines, Inc., and Defendant The Boeing Company, being the only parties who have appeared in this action, stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii), that the above-entitled action may be dismissed with prejudice and without costs to any party.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

DATED this 23rd day of July, 2010.

//

STIPULATION FOR VOLUNTARY
DISMISSAL OF ACTION- 1
Cause No. C07-1518C

**BADGLEY ~ MULLINS**
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98101
Telephone: (206) 621-6566
Fax: (206) 621-9686

//

HENNIGAN, BENNETT & DORMAN LLP

s/C. Dana Hobart_____
C. Dana Hobart, California Bar #125139
Mary H. Chu, California Bar #156459
Hennigan , Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:  (213) 694-1200
Fax:  (213) 694-1234
HobartD@hbdlawyers.com


BADGLEY MULLINS LAW GROUP, PLLC

s/  Donald H. Mullins_____
Donald H. Mullins, WSBA #4966
Allyssa J. Hale, WSBA #38429
BADGLEY~MULLINS LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington, 98104
Telephone:  (206) 621-6566
Facsimile:   (206) 621-9686
Email:  donmullins@badgleymullins.com

Counsel for Plaintiff Evergreen International Airlines, Inc.

PERKINS COIE LLP


s/  Michael Himes   _____
Michael Himes, WSBA No. 19423
Cori Gordon Moore, WSBA No. 28649
1201 Third Ave., Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
MHimes@perkinscoie.com
CGMoore@perkinscoie.com

STIPULATION FOR VOLUNTARY
 DISMISSAL OF ACTION- 2
Cause No. C07-1518C

**BADGLEY ~ MULLINS**
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington  98101
Telephone: (206) 621-6566
Fax:  (206)  621-9686

1
2
3
4
5
6
7

**KIRKLAND & ELLIS LLP**
Craig S. Primis (*admitted pro hac vice*)
John O'Quinn (*admitted pro hac vice*)
Daniel Bress (*admitted pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: 202.879.5000
Facsimile: 202.879.5200
*Attorneys for Defendant The Boeing Company*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION FOR VOLUNTARY
DISMISSAL OF ACTION- 3
Cause No. C07-1518C

**BADGLEY ~ MULLINS**
LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, Washington 98101
Telephone: (206) 621-6566
Fax: (206) 621-9686